TORRINGFORD FARMS ASSOCIATION, INC., ET AL.
*v.* CITY OF TORRINGTON

The plaintiffs' petition for certification for appeal from the Appellate Court, 75 Conn. App. 570 (AC 22254), is denied.

*Charles F. Brower,* in support of the petition.

*John B. Farley, Brian P. Leaming* and *Ralph W. Johnson III,* in opposition.

Decided May 7, 2003

STATE OF CONNECTICUT *v.* JOSEPH PARE

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 474 (AC 23066), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.